# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUAN LOPEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-2557-KHV |
| | ) |
| ASSOCIATED WHOLESALE GROCERS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon joint motion of the parties and per Stipulation of Dismissal (Doc. #16) filed, it is hereby ordered that this matter is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Date: July 25, 2007             s/ Kathryn H. Vratil
                                The Honorable Kathryn H. Vratil
                                United States District Judge